CLARE E. CONNORS, #7936
United States Attorney
District of Hawaii

WAYNE A. MYERS
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Wayne.Myers@usdoj.gov



**SEALED**
BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Apr 20, 2022
Pam Hartman Beyer, Clerk of Court

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 22-572-RT |
| Plaintiff, | CRIMINAL COMPLAINT; AGENT AFFIDAVIT |
| v. | |
| TOA VAI, | |
| Defendant. | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

<u>Count One</u>
Distribution of Methamphetamine
(21 U.S.C. § 841(a)(1) and (b)(1)(A))

On or about March 9, 2022, within the District of Hawaii, TOA VAI, the defendant, knowingly and intentionally distributed fifty grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

I further state that I am a Task Force Officer with the Drug Enforcement Administration and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of a Criminal Complaint," which is incorporated herein by reference.

DATED: Honolulu, Hawaii: April 20, 2022.

Task Force Officer Nicholas Porter
Drug Enforcement Administration

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Federal Rule of Criminal Procedure 4.1(b)(2), on this 20th day of April 2022, at Honolulu, Hawaii.



Rom A. Trader
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. |
| | ) |
| Plaintiff, | ) AFFIDAVIT IN SUPPORT OF |
| | ) CRIMINAL COMPLAINT |
| v. | ) |
| | ) |
| TOA VAI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**INTRODUCTION**

1. I am a Task Force Officer for the United States Department of Justice Drug Enforcement Administration ("DEA"), currently assigned to the DEA Enforcement HIDTA Group 1 in Honolulu, Hawaii. I have been a Task Force Officer with the DEA for approximately 13 months and have been employed with the Honolulu Police Department for approximately 15 years. During my career, I have been involved in numerous drug investigations, and gained experience collecting evidence, conducting physical surveillance, interviewing witnesses, executing search warrants, conducting undercover operations, and using confidential sources. I have received extensive training in these matters, as well. I have also

worked with federal agents and law enforcement officers who have investigated drug trafficking and they have shared their knowledge and experience regarding the manner in which illegal drugs are obtained, diluted, packaged, distributed, sold, and used.

2.  I submit this affidavit in support of a Criminal Complaint for TOA VAI, charging one count of Distribution of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). This affidavit is based upon my personal knowledge, my review of reports by other law enforcement officers, my communications with other law enforcement officers, information obtained from witnesses, and other evidence. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I or the government have learned during the course of the investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are in substance and in part, except where otherwise indicated.

## PROBABLE CAUSE

3.  In March 2022, under the supervision of DEA personnel, a confidential source ("CS-1") communicated with a third party ("Intermediary-1") to discuss the sale of crystal methamphetamine ("ice"). Pursuant to these discussions, Intermediary-1 and CS-1 agreed to meet on March 9, 2022 at a Burger King restaurant in Honolulu so that CS-1 could purchase one pound of ice from

Intermediary-1's supplier in exchange for $6,500. As part of these discussions, which CS-1 recorded, Intermediary-1 told CS-1 that Intermediary-1's associate would be at the Burger King restaurant and prepared to exchange the requested pound of ice for $6,500.

4. On March 9, 2022, DEA personnel met with CS-1 for the purpose of conducting a controlled purchase of ice from Intermediary-1's associate. DEA personnel met with CS-1 at a staging location before the controlled purchase and searched CS-1 and CS-1's vehicle for money and contraband with negative results. DEA personnel then gave CS-1 $6,500, in a brown cereal box, to buy the pound of ice. CS-1, under constant surveillance by DEA personnel, then departed the staging location to meet Intermediary-1 and Intermediary-1's associate at the Burger King. At the Burger King, DEA personnel saw Intermediary-1 and a man ("Associate-1") standing at a nearby bus stop. After CS-1 parked, Intermediary-1 entered the front passenger seat of CS-1's vehicle. Associate-1 then positioned himself outside the front passenger seat of CS-1's vehicle. CS-1 then asked Intermediary-1 to see the ice. Associate-1 then placed a blue bag inside CS-1's vehicle, as confirmed by DEA personnel conducting surveillance. CS-1 examined and then took the contents of the blue bag (i.e., a clear Ziploc bag containing a white crystalline substance), placed the brown cereal box containing the $6,500 in the blue bag, and then returned the blue bag to Associate-1. Intermediary-1 and Associate-

1 then left the area on foot. Moments later, DEA personnel observed Associate-1 holding the blue bag, open the blue bag, remove the brown cereal box, and then begin counting the money from inside the brown cereal box. Meanwhile, CS-1 drove to a previously-determined neutral location, under constant surveillance by DEA personnel. At that neutral location, DEA personnel took the Ziploc bag provided to CS-1 by Associate-1. DEA personnel searched CS-1 and CS-1's vehicle for money and other contraband with negative results. DEA personnel examined the contents of the Ziploc bag, which weighed approximately 505 grams, and contained a white crystalline substance which field-tested positive for ice. DEA personnel and CS-1 have identified Associate-1 as the defendant, TAO VAI, using known photographs of TAO VAI. Ice (i.e., methamphetamine) is a Schedule II controlled substance.

DATED:   April 20, 202, at Honolulu, Hawaii

Task Force Officer Nicholas Porter
Drug Enforcement Administration

This Criminal Complaint and Affidavit were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at 1:10 pm on April 20, 2022.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Federal Rule of Criminal Procedure 4.1(b)(2), on this 20th day of April 2022, at Honolulu, Hawaii.

Rom A. Trader
United States Magistrate Judge

4